NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUBY MCFADDEN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7031

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-3529, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

Ruby McFadden moves for leave to file her docketing statement and for counsel to enter an appearance out of time. The Secretary of Veterans Affairs moves for leave to file his docketing statement out of time and moves for a 53-day extension of time, until August 31, 2010, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__JUL 1 5 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patricia Nation, Esq.
James R. Sweet, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 5 2010

**JAN HORBALY**
**CLERK**